# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. COHN, <br><br> Petitioner, <br><br> v. <br><br> RAYMOND C. SMITH, Warden, <br><br> Respondent. | Case No. CV 14-4647 AB(JC) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and accompanying documents, and all of the records herein, including the July 12, 2019 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections

IT IS HEREBY ORDERED that the Petition is denied and this action is dismissed with prejudice, and that Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

the Judgment herein on counsel for petitioner and counsel for respondent.

IT IS SO ORDERED.

DATED: September 4, 2019

_____
HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE