JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. COHN, | Case No. CV 14-4647 AB(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| RAYMOND C. SMITH, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.


DATED:  September 4, 2019

_____
HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE